IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CENTER FOR ASBESTOS RELATED DISEASE, INC., and KAREN LEE MORRISSETTE, M.D.,<br><br>  Defendants. | CV 25-118-M-KLD<br><br>ORDER |

Plaintiff moves for the admission of Christopher Wadley to practice before this Court in this case with Stephanie A. Hollar to act as local counsel. Mr. Wadley's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Christopher Wadley pro hac vice is GRANTED on the condition that Mr. Wadley shall do his own work. This means that Mr. Wadly must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Wadley, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 11th day of August, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge