IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>THE CENTER FOR ABSESTOS RELATED DISEASE, INC., KAREN LEE MORRISETTE, M.D., TRACY MCNEW, L.P.N., MILES MILLER, P.A., MICHELLE BOLTZ, R.N., and LARRY THOM,<br><br>            Defendants.<br><br>THE CENTER FOR ABSESTOS RELATED DISEASE, INC., KAREN LEE MORRISETTE, M.D., TRACY MCNEW, L.P.N., MILES MILLER, P.A., MICHELLE BOLTZ, R. N., and LARRY THOM,<br><br>            Counter-Plaintiffs,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY,<br><br>            Counter-Defendant. | Case No. CV-25-118-M-JTJ<br><br>ORDER |

On March 11, 2026, Plaintiff General Star Indemnity Company (General Star) filed a Second Amended Complaint (Doc. 26) against Defendants The Center for Asbestos Related Disease, Inc., Karen Lee Morisette, M.D., Tracy McNew, L.P.N., Miles Miller, P.A., Michelle Boltz, R. N., and Larry Thom's (hereafter Defendants). Defendants filed an Answer and Counterclaim on March 25, 2026. (Doc. 27).  In this pleading, Defendants allege the following three counterclaims – First Counterclaim (Declaratory Judgment); Second Counterclaim (Breach of Contract); and Third Counterclaim (Bad Faith). (Id., pp. 13-15).

On April 14, 2026, General Star filed a motion and brief in support to strike Defendants' First Counterclaim and to Dismiss Defendants' Second Counterclaim and Third Counterclaim. (Docs. 28 and 29). On April 29, 2026, Defendants filed a Motion to Dismiss Counterclaim Without Prejudice. (Doc. 30). Defendants' request dismissal of their Counterclaim to promote judicial efficiency. (Id., p. 2).

Accordingly,

IT IS ORDERED that Defendants' Counterclaims (Doc. 27) are DISMISSED WITHOUT PREJUDICE.

DATED this 2nd day of June 2026.


John Johnston
United States Magistrate Judge